IN THE UNITIED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MATTHEW P. SCHELLINGER,

    Plaintiff,

vs.                                    CASE NO.: 8:16-cv-1146-VMC-TBM

NATIONSTAR MORTGAGE, LLC,

    Defendant,
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT**

    **COMES NOW**, Plaintiff, MATTHEW P. SCHELLINGER, by and through his undersigned counsel, and hereby files this Notice of Settlement, and states that Plaintiff, MATTHEW P. SCHELLINGER, and Defendant, NATIONSTAR MORTGAGE, LLC, have come to an amicable settlement agreement.

Date: **August 8, 2016**

                                        **BOSS LAW**

                                        /s/ Christopher W. Boss
                                        **Christopher W. Boss, Esq.**
                                        Fla. Bar No.: 13183
                                        Service Email: cpservice@protectyourfuture.com
                                        9887 Fourth Street North, Suite 202
                                        St. Petersburg, Florida 33702
                                        Phone: (727) 471-0039
                                        Fax: (888) 503-2182
                                        **Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on **August 8, 2016**, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court using the CM/ECF system, which will send an electronic notification to all counsel of record, including the following parties:

**AKERMAN LLP**
HEATHER L. FESNAK
Florida Bar No. 85884
heather.fesnak@akerman.com
401 E. Jackson Street, Suite 1700
Tampa, FL 33602-5250
Telephone: 813-223-7333
Facsimile: 813-223-2837
*Attorneys for Defendant*

**AKERMAN LLP**
DAVID A. KARP
Florida Bar No. 069226
david.karp@akerman.com
401 E. Jackson Street, Suite 1700
Tampa, FL 33602-5250
Telephone: 813-223-7333
Facsimile: 813-223-2837
*Attorneys for Defendant*

**AKERMAN LLP**
WILLIAM P. HELLER
Florida Bar No. 987263
william.heller@akerman.com
Las Olas Centre II, Suite 1600
350 East Las Olas Blvd.
Fort Lauderdale, Florida 33301-2229
Telephone: 954-463-2700
Facsimile: 954-463-2224
*Attorneys for Defendant*

/s/ Christopher W. Boss
Christopher W. Boss (FBN 0013183)