**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MATTHEW P. SCHELLINGER,

     Plaintiff,

vs.                                CASE NO.: 8:16-cv-1146-VMC-TBM

NATIONSTAR MORTGAGE, LLC,

     Defendant,

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

     Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby dismiss the above-entitled action and all claims asserted in the action with prejudice, with each party to bear their own fees and costs.

Date: September 28, 2016

/s/ David A. Karp_____
Davis A. Karp, Esq.
Florida Bar No. 069226
AKERMAN LLP
david.karp@akerman.com
401 E. Jackson Street, Suite 1700
Tampa, FL 33602-5250
Telephone: 813-223-7333
Facsimile: 813-223-2837
***Attorneys for Defendant***

/s/ Christopher W. Boss_____
Christopher W. Boss, Esq.
Fla. Bar No.: 13183
BOSS LAW
Service Email: cpservice@protectyourfuture.com
9887 Fourth Street North, Suite 202
St. Petersburg, Florida 33702
Phone: (727) 471-0039
Fax: (888) 503-2182
***Attorney for Plaintiff***

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on <u>**September 28, 2016**</u>, I electronically filed the foregoing Notice of

Settlement with the Clerk of the Court using the CM/ECF system, which will send an electronic

notification to all counsel of record, including the following parties:

**AKERMAN LLP**
HEATHER L. FESNAK
Florida Bar No. 85884
heather.fesnak@akerman.com
401 E. Jackson Street, Suite 1700
Tampa, FL 33602-5250
Telephone: 813-223-7333
Facsimile: 813-223-2837
*Attorneys for Defendant*

**AKERMAN LLP**
DAVID A. KARP
Florida Bar No. 069226
david.karp@akerman.com
401 E. Jackson Street, Suite 1700
Tampa, FL 33602-5250
Telephone: 813-223-7333
Facsimile: 813-223-2837
*Attorneys for Defendant*

**AKERMAN LLP**
WILLIAM P. HELLER
Florida Bar No. 987263
william.heller@akerman.com
Las Olas Centre II, Suite 1600
350 East Las Olas Blvd.
Fort Lauderdale, Florida 33301-2229
Telephone: 954-463-2700
Facsimile: 954-463-2224
*Attorneys for Defendant*

/s/ Christopher W. Boss
Christopher W. Boss (FBN 0013183)